DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile
Email: dallen@davidallenlaw.com

Attorneys for Plaintiff,
MICHELE ALBRECHT

Danielle K. Herring (Pro Hac Vice admitted)
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 951-9400
Facsimile: (713) 951-9212

Attorneys for Defendant,
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ALBRECHT,<br><br>Plaintiff,<br><br>vs.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>Defendant | Case No.: 2:17-cv-00195-TLN-EFB<br><br>STIPULATION AND ORDER FOR ADDITIONAL TIME TO PROCESS SETTLEMENT DOCUMENTATION AS TO DEFENDANT SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. ONLY<br><br>HONORABLE TROY L. NUNLEY<br>COMPLAINT FILED: JANUARY 27, 2017 |

The Parties, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. ("Sedgwick) and MICHELE ALBRECHT, enter into this Stipulation based upon the following facts:

WHEREAS, the following transaction was entered on 7/20/2017 at 12:52 PM PDT and filed on 7/20/2017:

Document Number: 14(No document attached)

1
STIPULATION AND ORDER

MINUTE ORDER issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on 7/20/2017: Pursuant to the Notice of Settlement (ECF No. [13]), the Court determined this case has settled between Plaintiff and Defendant Sedgwick Claims Management Services, Inc. ONLY. In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before 8/21/2017. Accordingly, all other deadlines and hearings as to this Defendant are VACATED. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order. (TEXT ONLY ENTRY) (Krueger, M)

WHEREAS, Michele Albrecht has been ill and had difficulty reviewing and signing the settlement paperwork. As a result her counsel was only able to return documentation to Sedgwick August 17, 2017;

WHEREAS, Sedgwick informed Plaintiff's counsel its final settlement documentation can now be ordered, but it is not likely to be returned to Plaintiff by August 21, 2017;

WHEREAS, the parties would like to complete the settlement documentation prior to the case's dismissal as to Sedgwick only;

IT IS HEREBY STIPULATED by and between the parties, by and through their counsel of record, that the case remain active as to Sedgwick until at least September 13, 2017 (an additional 21 days). No prior requests for a continuance of these dates have been made. Therefore, the parties respectfully submit this joint stipulation and request that dates be continued to the above-referenced dates, or alternative dates on the Court's calendar.

As signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

/ / /

DATED: August 18, 2017    LITTLER MENDELSON, P.C.

/s/ Danielle K. Herring

_____
Danielle K. Herring
Attorneys for Defendant
SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.

DATED: August 18, 2017    DAVID ALLEN & ASSOCIATES

*//s// David Allen*

By_____
   DAVID ALLEN
   Attorney for Plaintiff,
     MICHELE ALBRECHT

## **ORDER**

Pursuant to the Stipulation of the parties, this matter shall remain active as to Sedgwick until at least September 13, 2017 (an additional 21 days).

IT IS ORDERED:

Dated: August 21, 2017

_____
Troy L. Nunley
United States District Judge